# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-3326

_____

IN RE: JANE DOE 23-B,

Appellant.

_____

On appeal from the Circuit Court for Leon County.
Lance Eric Neff, Judge.

February 8, 2024

**ORDER DENYING MOTION FOR REHEARING EN BANC AND CERTIFYING QUESTIONS OF GREAT PUBLIC IMPORTANCE**

The Court has denied the motion for rehearing en banc docketed January 12, 2024.

On our own motion, we certify the following questions of great public importance to the Florida Supreme Court:

MAY A DISTRICT COURT OF APPEAL EXERCISE APPELLATE JURISDICTION OVER A TRIAL COURT'S RULING DENYING A JUDICIAL WAIVER UNDER SECTION 390.01114(6)(B)2., FLORIDA STATUTES, IN THE ABSENCE OF AN ADVERSE PARTY IN THE APPEAL?

IF A DISTRICT COURT DISMISSES AN APPEAL FROM A TRIAL COURT'S ORDER DENYING A JUDICIAL WAIVER WITHIN THE SEVEN DAYS REQUIRED UNDER SECTION 390.01114(6)(B)2., FLORIDA STATUTES, BUT DOES NOT RENDER A DECISION WITHIN SEVEN DAYS AS PROVIDED UNDER FLORIDA RULE OF

APPELLATE PROCEDURE 9.147(D), MUST THE DISTRICT COURT OF APPEAL REVERSE THE TRIAL COURT'S RULING, EVEN THOUGH TWO JUDGES HAVE NOT CONCURRED IN THE DECISION AS REQUIRED BY ARTICLE V, SECTION 4(A) OF THE FLORIDA CONSTITUTION?

QUESTION CERTIFIED.

B.L. THOMAS, ROWE, and WINOKUR, JJ., concur.

_____

Candice K. Brower, Criminal Conflict and Civil Regional Counsel, and Ronald Newlin, Assistant Regional Conflict Counsel, Tallahassee, for Appellant.